NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Aracely Pacheco Moran, | Case No. 2:20-cv-01316-JAD-EJY |
| Petitioner, | |
| v. | **Stipulation and Order for Extension of Time** |
| Chad Wolf, Acting Secretary of Homeland Security; Matthew T. Albence, Deputy Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement; Kenneth T. Cuccinelli, Senior Official Performing the Duties of Director, U.S. Citizenship and Immigration Services; Unknown Does Defendants 1-100, inclusive, | **(First Request)** |
| Respondents. | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Petitioner and Respondents, through undersigned counsel, stipulate and request that the Court approve a 21-day extension of time, from September 14, 2020 to October 5, 2020, for Respondents to file a response to the Amended Complaint for Injunctive and Mandamus Relief ("Amended Complaint") (ECF No. 17).

Defense counsel's office has been inundated with emergency COVID-19-related motions and she is assisting with handling that litigation. The deadlines in those cases are

shortened and require prompt action. Under the circumstances, good cause exists to extend the time for Respondents to file their response to the Petitioner's Amended Complaint. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

This is the first request for an extension of time. This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 11th day of September 2020.

| MILLENIUM LEGAL LLC | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Brian J. Ramsey*<br>BRIAN J. RAMSEY, ESQ.<br>Nevada Bar No. 5507<br>5258 South Eastern Avenue, Suite 252<br>Las Vegas, Nevada 89119<br><br>*Attorney for Petitioner* | */s/ Holly A. Vance*<br>HOLLY A. VANCE<br>Assistant United States Attorney<br><br>*Attorneys for Respondents* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 11, 2020

2