Brian J. Ramsey, Esquire
MILLENNIUM LEGAL LLC
5258 South Eastern Avenue, Suite 252
Las Vegas Nevada 89119
(702) 936-4830 (Tel.)
(702) 472-9174 (Fax.)
brian@millenniumlegal.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS, NEVADA

| | |
|---|---|
| **ARACELY PACHECO MORAN,**<br>    Plaintiff,<br><br>    v.<br><br>**CHAD WOLF, et al.,**<br>    Defendants. | Case File No.: 2:20-cv-01316-JAD-EJY<br><br>Immigration File No.: A 071-572-344<br><br>**Stipulation and Order for Extension of Time**<br><br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Petitioner and Respondents, through undersigned counsel, stipulate and request that the Court approve a 10-day extension of time, from October 19, 2020 to October 29, 2020, for Plaintiff to file her opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Injunctive and Mandamus Relief (ECF No. 26) ("Defendants' Motion to Dismiss").

Plaintiff's counsel has been hamstrung by the extended medical leave of his only paralegal, which has affected counsel's ability to respond to multiple filings due during the first weeks of October. The deadlines in these other matters require appropriate and prompt response. Under the circumstances, good cause exists to extend the time for Plaintiff to file her opposition to Defendants' Motion to Dismiss. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, for *good cause,* extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

This is Plaintiff's first request for an extension of time. This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 26th day of October 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Holly A. Vance*

HOLLY A. VANCE
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
*Attorney for Respondents*

MILLENNIUM LEGAL LLC

*/s/ Brian J. Ramsey*

BRIAN J. RAMSEY, ESQ.
MILLENNIUM LEGAL LLC
*Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: October 26, 2020